LILA MORRISON WEED, an Infant, etc., and MARGARET THOMAS WEED, an Infant, etc., by ELIZABETH CLARK, Their Guardian ad Litem, Appellants, v. MANUEL JOSEPH BRAZILL and "MARY" BRAZILL, His Wife, the Name "Mary" Being Fictitious, etc., Respondents.

*Trial — motion for preference — when denied.*

Appeal from an order of the Supreme Court, entered in the office of the clerk of the county of New York on the 8th day of November, 1919, denying a motion for a preference upon the calendar.

SMITH, J.: It seems that the motion was granted for a preference over the November issues, but the motion was for a preference over all issues in order that the action might forthwith be tried. If I am right in my conclusion as to *Brazill* v. *Weed* (*ante*, p. 66), in the action brought by Brazill in equity, that that be first tried, then it follows that this order, so far as appealed from, must be affirmed, with ten dollars costs and disbursements. Dowling, Laughlin and Merrell, JJ., concur. Order affirmed, with ten dollars costs and disbursements.